IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAURIE GLASS,

                Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

ORDER

16-cv-361-wmc

---

Pursuant to a joint motion for remand (dkt. #8) filed by the parties on October 27, 2016, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation. The clerk of court is directed to enter judgment accordingly.

Entered this 27th day of October, 2016.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge